■ Robert Lugo, Appellant, v Larissa Torres, Respondent. [17 NYS3d 887]—Appeal from an order of the Supreme Court, Westchester County (Susan M. Capeci, J.), entered September 26, 2014. The order, insofar as appealed from, granted that branch of the defendant's cross motion which was for an award of interim counsel fees in the sum of $40,000.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court providently exercised its discretion in granting that branch of the defendant's cross motion which

was for an award of interim counsel fees in the sum of $40,000, in light of the plaintiff's conduct, which resulted in unnecessarily protracting the litigation, and the parties' financial circumstances (*see* Domestic Relations Law § 237 [a]; *Johnson v Chapin*, 12 NY3d 461, 467 [2009]; *DeCabrera v Cabrera-Rosete*, 70 NY2d 879, 881 [1987]; *Vistocco v Jardine*, 116 AD3d 842, 844 [2014]; *Prichep v Prichep*, 52 AD3d 61, 65 [2008]). Rivera, J.P., Balkin, Leventhal and Dickerson, JJ., concur.